1
2
3
4
5
6
7
8    **SEALED**
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Jae Ho Kim,<br><br>    Defendant. | SEALED<br><br>2:10-mj-00632-LRL |

**Sealing Order**

Based on the pending Application of the Government and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Complaint, well as the application requesting a sealing order and this Order, in the above-captioned matter shall be sealed until further Order of the Court.

Dated this /s/ day of September 2010.

_____
UNITED STATES MAGISTRATE JUDGE